# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Joseph Amaral,<br><br>Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>Respondents. | No. CV-21-01396-PHX-MTL<br><br>**ORDER**<br><br>NOT FOR PUBLICATION |

Before the Court is the Report and Recommendation of the Magistrate Judge (R & R) (Doc. 13) recommending that the Petition for Writ of Habeas Corpus (Doc. 1) be dismissed with prejudice. Petitioner has not filed objections to the R & R.

In reviewing an R & R, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection"). No objections having been received, the Court will accept and adopt the R & R.

Based on the foregoing,

**IT IS ORDERED** that the Report and Recommendation (Doc. 13) is **accepted**.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Doc.

1) is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that issuance of a certificate of appealability is **denied** because dismissal of the Petition is justified by a plain procedural bar.

**IT IS FINALLY ORDERED** directing the Clerk of Court to enter judgment, terminating this case.

Dated this 18th day of January, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge